UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| Jackie Long,<br><br>    Plaintiff,<br><br>v.<br><br>Kessler & Freedman, Inc.,<br><br>    Defendant. | Case No. 0:09-cv-00544-DSD-SRN<br><br>**NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE** |

    Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a) without prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                                   RESPECTFULLY SUBMITTED,

                                   Legal Helpers, P.C.

                                   By: */s/ James Agosto*
                                       James Agosto (Bar No, 388438)
                                       7300 Hudson Blvd., Suite 255
                                       Oakdale, MN 55128
                                       Tel:  866-339-1156
                                       Fax: 651-735-9285
                                       jxa@legalhelpers.com
                                       *Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail:

Kessler & Freedman, Inc.
4250 Ridge Lea Road, Suites 7 and 8
Amherst, NY 14226

                                                     */s/ Richard J. Meier*